AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Securities and Exchange Commission | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )   Case No.   16-cv-4103 (VEC) |
| Haena Park | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

plaintiff Securities and Exchange Commission

Date:   06/03/2016

*Attorney's signature*

Rhonda L. Jung
*Printed name and bar number*

Securities and Exchange Commission
200 Vesey Street, Suite 400
New York, N.Y. 10281

*Address*

JungR@SEC.Gov
*E-mail address*

(212) 336-0479
*Telephone number*

(212) 336-1350
*FAX number*