

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
NEW YORK REGIONAL OFFICE
200 VESEY STREET
ROOM 400
NEW YORK, NY 10281-1022

**Jack Kaufman**
WRITER'S DIRECT DIAL
TELEPHONE: (212) 336-0106
KaufmanJa@sec.gov

June 3, 2016

<u>By ECF</u>
The Honorable Valerie E. Caproni
United States District Judge
Thurgood Marshall United States Courthouse
40 Foley Square
New York, N.Y. 10007

    Re: <u>SEC v. Park, 16 Civ. 4103 (VEC) (JCF) (S.D.N.Y.)</u>

Dear Judge Caproni:

    I represent plaintiff Securities and Exchange Commission in this action against Haena Park, which the Commission filed on June 2, 2016. Pursuant to Local Rule 1.6, this is to notify the Court of a related case that the U.S. Commodity Futures Trading Commission filed later the same day in this Court against Haena Park and others, captioned *CFTC v. Park*, 16-cv-4120 (S.D.N.Y.). The Commission and CFTC cases arise from the same transactions and events, are likely to involve proof of many of the same or substantially similar facts, and may involve the same witnesses.

    Also on June 2, the United States Attorney for the Southern District of New York filed parallel criminal charges against Haena Park in *United States v. Park*, 16-Mag-3503 (S.D.N.Y.).

                                      Respectfully submitted,

                                        Jack Kaufman
                                        Senior Trial Counsel
                                        Division of Enforcement

cc:    Hon. James C. Francis IV (by ECF and UPS)
       Haena Park (by UPS)
       Luke B. Marsh, Esq. (by email)
       Christine I. Magdo, Esq. (by email)